UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOUCHARD TRANSPORTATION CO., INC., B. NO. 255 CORP. and TUG BUSTER BOUCHARD CORP. | ) ) ) ) | |
| v. | ) ) | No. 4:18-cv-2563 |
| DEPARTMENT OF HOMELAND SECURITY, REAR ADMIRAL PAUL F. THOMAS, U.S. COAST GUARD and LEAD INVESTIGATOR BRUCE DAVIES | ) ) ) ) ) ) | |

### PLAINTIFFS' NOTICE OF APPEAL

    Plaintiffs Bouchard Transportation Co., Inc., B. No. 255 Corp., and Tug Buster Bouchard Corp. hereby give notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (ECF No. 15) signed by this Court on March 28, 2019 and the associated Memorandum Opinion and Order (ECF No. 14) signed by this Court on March 27, 2019.

Respectfully submitted,

/s/ F. William Mahley
F. William Mahley
Texas Bar No. 12836740
S.D. Tex. Bar No. 2863
bill.mahley@clarkhillstrasburger.com
CLARK HILL STRASBURGER
909 Fannin Street, Suite 2300
Houston, Texas 77010
Telephone:  (713) 951 – 5633
Facsimile:  (832) 397 – 3545

*Attorney-in-Charge for Plaintiffs*

Of Counsel:

Jadd F. Masso
Texas Bar No. 24041411
S.D. Tex. Bar No. 38835
jadd.masso@clarkhillstrasburger.com
CLARK HILL STRASBURGER
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: 214-651-4716
Facsimile: 214-659-4185

John J Walsh
FREEHILL HOGAN MAHAR LLP
80 Pine St., 25th Floor
New York, New York 10005
Telephone: 212-425-1900
(*admitted pro hac vice*)

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record pursuant to the Federal Rules of Civil Procedure via electronic filing on April 25, 2019.

/s/ Jadd F. Masso
Jadd F. Masso